UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD G. MARTIN,

      Plaintiff,

-vs-                                               Case No. 6:06-cv-1380-Orl-28KRS

LJC CONTRACTING COMPANY, INC.
and U.S. ARMY CLAIMS SERVICE,

      Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 24) filed March 5, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 30, 2007 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Permission to Appeal *in forma pauperis* is **DENIED.**

    3.    The Court **CERTIFIES** that the appeal is not taken in good faith.

---

[1] The Report and Recommendation was mailed to the Plaintiff at the only address he provided to the Court. The mail was returned as "Vacant- Undeliverable, Unable to Forward" on April 9, 2007.

4. The Clerk of Court should serve a copy of this Order on the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __18__ day of April, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party