# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAROLD G. MARTIN,**

        **Plaintiff,**

**-vs-**                                                            **Case No.  6:06-cv-1380-Orl-28KRS**

**LJC CONTRACTING COMPANY, INC.**
**and U.S. ARMY CLAIMS SERVICE,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration *sua sponte* based on a review of the docket in this case. On April 18, 2007, the Court entered an Order to Show Cause as to Plaintiff Harold G. Martin. Doc. No. 27. The Order noted that Martin had not filed an updated mailing address and had not moved for a default judgment against LJC Contracting Company, Inc. *Id.* The Court ordered Martin to show cause as to why "this case should not be dismissed without prejudice for failure to prosecute." *Id.*

      The record reflects that Martin contacted the Clerk of Court and resolved the problem regarding the mailing address. Martin filed a written response to the Order to Show Cause on May 7, 2007. Doc. No. 28. In his response, Martin reiterates the allegations of the complaint, but does not explain why he has not moved for entry of a default against LJC Contracting Company, Inc. As of the time of writing this Report and Recommendation, Martin still has not moved for a default.

      Accordingly, based on Martin's failure to move for a default and his failure to provide any justification as to why he has not moved for a default, I respectfully recommend that this case be

**DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 26, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy