UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD G. MARTIN,

    Plaintiff,

-vs-                                    Case No. 6:06-cv-1380-Orl-28KRS

LJC CONTRACTING COMPANY, INC.
and U.S. ARMY CLAIMS SERVICE,

    Defendants.

## ORDER

This case is before the Court on a *sua sponte* review of the docket in this case by the United States Magistrate Judge. The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, including the objection filed by the Plaintiff to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 26, 2007 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10 (a) and for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f).

3. The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __17__ day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party